UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.   )<br>)   Case No.   24cr10101<br>JOHN REARDON,   )<br>)<br>Defendant   ) | |

### JOINT MOTION TO SCHEDULE A CHANGE OF PLEA HEARING

The United States of America and the Defendant, through undersigned counsel, respectfully move this Court to schedule a change of plea hearing pursuant to Rule 11 of the Federal Rules of Criminal Procedure on June 12, 2024 or a date thereafter convenient to the Court. The parties jointly request this date because defense counsel will be unavailable in May 2024 and the Assistant U.S. Attorney is scheduled to be in trial the week of June 3, 2024.

There is no plea agreement in this case.

Respectfully submitted,

| | |
|---|---|
| JOHN REARDON<br>Defendant | JOSHUA S. LEVY<br>Acting United States Attorney |
| By:  */s/ Jessica Thrall*<br>Jessica Thrall<br>Assistant Federal Defender | By:  */s/ Torey B. Cummings*<br>Torey B. Cummings<br>Assistant United States Attorney |

Dated: April 24, 2024

1

CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

                                        */s/ Torey B. Cummings*
                                        Torey B. Cummings
                                        Assistant United States Attorney

Dated: April 24, 2024