UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 24-CR-10101-JEK |
| ) | |
| JOHN REARDON, ) | |
| ) | |
| Defendant ) | |

**ASSENTED-TO MOTION TO CONTINUE RULE 11 HEARING**

The United States of America and the Defendant respectfully move this Court to continue the Rule 11 Hearing, presently scheduled for August 13, 2024. In support of this request, the Defendant states that he requires additional time to prepare in advance of the Rule 11.

The parties are both available the week of September 16, 2024 or the week of September 30, 2024. The Defendant agrees that any time between the presently scheduled Rule 11 Hearing and the new date set by the Court is excludable under the Speedy Trial Act, in the interests of justice, as the parties continue negotiations.

Respectfully submitted,

| | |
|---|---|
| JOHN REARDON | JOSHUA S. LEVY |
| Defendant | Acting United States Attorney |
| | |
| By: */s/ Jessica Thrall* | By: */s/ Torey B. Cummings* |
| Jessica Thrall | Torey B. Cummings |
| Assistant Federal Defender | Assistant United States Attorney |

Dated: August 12, 2024

CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

      */s/ Torey B. Cummings*
      Torey B. Cummings
      Assistant United States Attorney

Dated: August 12, 2024