UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO.: 25-CR-10101-JEK |
| | ) | |
| JOHN REARDON | ) | |
| | ) | |

**MOTION TO SEAL**

    John Reardon, through his attorney, hereby moves to seal the exhibits to the sentencing memorandum because they contain private medical information.

                                                              JOHN REARDON
                                                              By his Attorney,

                                                              */s/ Jessica P. Thrall*
                                                              Jessica P. Thrall,
                                                              B.B.O. 670412
                                                              Assistant Federal Public Defender
                                                              Federal Defender Office
                                                              51 Sleeper Street, 5th Floor
                                                              Boston, MA 02210
                                                              617- 223- 8061

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on August 12, 2025.

                                                               */s/ Jessica Thrall*
                                                               Jessica Thrall